738

Commonwealth *v.* Finn, Appellant.

Submitted June 12, 1967. *Thomas Finn,* appellant, in propria persona; *David L. Creskoff* and *Alan J. Davis,* Assistant District Attorneys, *Richard A Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Fleming, Appellant.

Submitted June 15, 1967. *Dennis Eisman* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Robert M. Borden* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.